THE FIRST NATIONAL BANK OF OSSINING, Respondent, *v.* JOHN HOAG, Appellant, Impleaded with Another.

*First Nat. Bank of Ossining* v. *Hoag*, 112 App. Div. 920, affirmed.
(Submitted April 24, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover the amount of a promissory note.

· *Frank L. Young* for appellant. ˙

*Smith Lent* and *Samuel Watson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.